ACCEPTED
01-15-00775-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/16/2015 3:50:42 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00775-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/16/2015 3:50:42 PM
CHRISTOPHER A. PRINE
Clerk

Adriene Sibley,

Appellant

v.

Seminole Pipeline Company, LLC, Enterprise Products
Operating, LLC, First Call Field Service Corp., and TDW Services, Inc.

Appellees

## TDW SERVICES, INC.'S ENTRY OF APPEARANCE OF APPELLATE COUNSEL

TO THE HONORABLE COURT OF APPEALS:

Barry Abrams and Marquel S. Jordan of the law firm Blank Rome, LLP,
hereby enter their appearance as appellate counsel on behalf of Appellee TDW
Services, Inc.

The undersigned counsel respectfully request that all pleadings, notices, and
correspondence in this matter be forwarded to their attention at the address below.

145431.00601/101802041v.1

Respectfully submitted,

BLANK ROME LLP

By: _____
    Barry Abrams
    State Bar No. 00822700
    Babrams@BlankRome.com
    Marquel S. Jordan
    State Bar No. 24041870
    Mjordan@BlankRome.com
    700 Louisiana, Suite 4000
    Houston, Texas 77002
    (713) 228-6601
    (713) 228-6605 (fax)

***Attorneys for Appellee***
***TDW Services, Inc.***

145431.00601/101802041v.1

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Entry of Appearance has been forwarded to the following parties through their counsel of record on this 16th day of December, 2015.

Adriene Sibley, *Pro Se*
4808 Fairmont Parkway
Pasadena, Texas 77505
sibleyadriene@yahoo.com

Thomas A. Zabel
tzabel@zflawfirm.com
James A. Freeman
jfreeman@zflawfirm.com
Zabel Freeman
420 Heights Blvd.
Houston, TX 77007

Mr. Justin R. Gilbert
justingilbert@gilbertfurey.com
Gilbert & Furey
222 North Velasco Street
Angleton, TX 77515


_____
Marquel S. Jordan

145431.00601/101802041v.1